**Order entered July 22, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01032-CR

### EVER RICARDO MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-84380-2019**

## ORDER

Appellant was convicted of continuous sexual abuse of a child younger than 14 years of age. We have reviewed his brief and note that he uses the victim's name as well as the names of other minor children.

This Court does not allow a party to file a brief that discloses the names of victims or witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court,

including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim and any others who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court; to Matthew Maddox; and to the Collin County District Attorney's Office, Appellate Division.


/s/    LANA MYERS
         JUSTICE